IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICKIE R. LOGAN, LJ-7274,<br>    Petitioner,<br><br>    v.<br><br>PAROLE BOARD et al., | )<br>)<br>)<br>)  2:19-cv-428<br>)<br>) |

MEMORANDUM and ORDER

    Nickie R. Logan has submitted a petition for a writ of habeas corpus without the appropriate filing fee or a current application to proceed in forma pauperis and for these reasons, this action may not proceed unless and until the petitioner:

    1) tenders to the "Clerk, U.S. District Court" a statutory filing fee in the amount of $5.00, or,

    2) files a properly completed current application to proceed in forma pauperis which is enclosed herewith, along with an authorization form and a certified copy of his inmate account statement for the previous six (6) months.

    Therefore, **IT IS ORDERED** that if the petitioner desires to pursue this action, within twenty-one (21) days he submit the $5.00 filing fee or a current in forma pauperis application and a certified copy his inmate account statement for the previous six (6) months within twenty-one (21) days of this date.

Dated: April 18, 2019                        s/ Robert C. Mitchell
                                                      United States Magistrate Judge